■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. JOHNSON, Appellant, v SALVATORE ROMANO, as Warden of Suffolk County Jail, Respondent. — In a habeas corpus proceeding, petitioner appeals from an order of the Supreme Court, Suffolk County (Gowan, J.), dated August 31, 1983, which referred the proceeding to Judge Mazzei of the County Court of said county.

Appeal dismissed, without costs or disbursements.

No appeal lies from an intermediate order in a habeas corpus proceeding (CPLR 7011; *People ex rel. Ardito v Trujillo,* 88 AD2d 1002). In any event, the proceeding was appropriately referred to the court in which the criminal proceeding was then pending (22 NYCRR 683.1 [a] [2]). Weinstein, J. P., Brown, Niehoff and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAHEEM UQDAH, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents. — In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Queens County (Rotker, J.), dated June 9, 1983, which dismissed the proceeding.

Appeal dismissed, without costs or disbursements.

Appellant acknowledges on appeal that he has been released from State custody. Therefore, he is not entitled to the extraordinary relief sought (*People ex rel. Julio v Walters,* 58 NY2d 881; *People ex rel. Wilder v Markley,* 26 NY2d 648). Weinstein, J. P., Brown, Niehoff and Lawrence, JJ., concur.